AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JAXON D. WILLIAMS | CM/ECF Case No. 3:25-PO-00017-CHG |
| 934 CHELSEA AVE | Case No.    OS10    E1593141 |
| DAYTON, OH 45420 | USM No. |
| | Cheryll Bennett |
| | Defendant's Attorney |

**THE DEFENDANT:**    JAXON D. WILLIAMS

☑ **THE DEFENDANT** pleaded guilty to count(s)    Amended Count 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 4510.12 | Operating a Motor Vehicle Without a Valid License | 12/16/24 | 1 |

☐ Count(s) _____    ☐ is    ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 90 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $75.00 | $ 5.00 | $ 70.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  9651

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
DAYTON, OH

3/19/25
Date of Imposition of Judgment

*/s/ Caroline H. Gentry/*
Signature of Judge

Caroline H. Gentry, United States Magistrate Judge
Name and Title of Judge

3/26/25
Date